DAVIS v. EMBREE-REED, INC.

No. 458P99

Case below: 135 N.C.App. 80

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

DUKES v. WINSTON-SALEM/FORSYTH COUNTY BD. OF EDUC.

No. 396P99

Case below: 134 N.C.App. 376

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

EASTHAVEN DEV. v. SMITH

No. 398P99

Case below: 134 N.C.App. 498

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

FAULKENBURY v. TEACHERS' AND STATE EMP. RET. SYS. OF N.C.

No. 335P99

Case below: 133 N.C.App. 587

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999. Petition by defendants for writ of supersedeas denied and temporary stay dissolved 7 October 1999. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

FRANCIS v. BEACH MEDICAL CARE

No. 344P99

Case below: 134 N.C.App. 184

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999. Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999.